JS-6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Lorena Badillo et al., | CV 12-3846 RSWL (CWx) |
| Plaintiffs, | **JUDGMENT** |
| vs. | |
| Mark Hazuda, Director, Nebraska Service Center, United States Citizenship and Immigration Services et al., | |
| Defendants. | |

The evidence having been fully considered, the issues having been duly heard, and a decision having been duly rendered,

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that judgment be entered in favor of Defendants Mark Hazuda, Director, Nebraska Service Center, United States Department of Homeland Security, United States Citizenship and Immigration Services; Alejandro

1

1  Mayorkas, Director, United States Department of
2  Homeland Security, United States Citizenship and
3  Immigration Services; and the United States Department
4  of Homeland Security, United States Citizenship and
5  Immigration Services and against Plaintiffs Lorena
6  Badillo, Perfecto Badillo, Michelangelo Badillo, and
7  Marco Polo Badillo.

9  **IT IS SO ORDERED.**
10 DATED: May 30, 2013

12                      RONALD S.W. LEW
                        _____
13                      **HONORABLE RONALD S.W. LEW**
                        Senior, U.S. District Court Judge